# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00760-CV

**DBC Pipeline Construction, Inc., Appellant**

**v.**

**Highland Resources, Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. GN300032, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant DBC Pipeline Construction filed with this Court a joint motion to vacate and remand, informing the Court that the parties have agreed that the trial court's default judgment should be vacated and this case should be remanded to the trial court for further proceedings. Accordingly, we grant appellant's joint motion and set aside the trial court's judgment without regard to the merits and remand the case to the trial court. *See* Tex. R. App. P. 42.1(a)(2)(B).

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Vacated and Remanded

Filed: March 18, 2004